Date: 12-30-14

Texas Court of Criminal Appeals
P.O. Box 12308. Capitol Station
Austin. Texas 78711

Dear Clerk:
   I write the court to inform you for the record that I have been transferred to a different facility than the current address on file, please contact me at the address listed below for any and all communications in the future.

Jimmie McMann 1843400
Neal Unit, 9055 Spur 591
Amarillo Tx 79107

thank you for taking notice of the address change and I look forward to receiving the courts' communication in the future with no delays.

Truly
Jimmie McMann

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk